```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
JOSE RAMOS,                                                          :
                                                                     :
                            Plaintiff,                               :
                                                                     :      23-cv-01437 (LJL)
         -v-                                                         :
                                                                     :
THE CITY OF NEW YORK ET AL,                                          :      NOTICE OF INITIAL
                                                                     :      PRETRIAL CONFERENCE
                            Defendants.                              :
                                                                     :
-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

   This case has been assigned to me for all purposes.  It is hereby:

   ORDERED that counsel for all parties appear for an Initial Pretrial Conference by TELEPHONE on **May 31, 2023**, at **3:30 p.m.**  Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

   IT IS FURTHER ORDERED that, by one week prior to conference, the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.  This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage.  Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

   The time period for any Defendant intending to move to dismiss pursuant to Federal Rule of Civil Procedure Rule 12 will be extended until further order of the Court upon the filing of a simple letter with the Court within the time permitted under Federal Rule of Civil Procedure 12(a) and prior to the time the above-mentioned submission is made.  Such letter should simply indicate in one sentence the Defendant's intent to make a motion to dismiss.

   Counsel for Plaintiff is ordered to notify all counsel of this Notice.


   SO ORDERED.

Dated: April 6, 2023                        _____
       New York, New York                          LEWIS J. LIMAN
                                                United States District Judge