```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
JOSE RAMOS,                                                    :
                                                               :
                              Plaintiff,                       :
                                                               :    23-cv-1437 (LJL)
             -v-                                               :
                                                               :         ORDER
THE CITY OF NEW YORK, JOHN DOE #1, and JOHN                    :
DOE #2,                                                        :
                                                               :
                              Defendants.                      :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      This order memorializes the decisions of the Court at today's initial pretrial conference. The case is stayed until September 1, 2023. The parties should exchange informal discovery during the period of the stay to facilitate settlement. The Court will refer the parties to the magistrate judge for settlement discussions in a separate order. The Court schedules a telephonic conference for September 15, 2023, at 2:00 p.m. The parties shall submit a proposed case management plan one week before the conference.

      SO ORDERED.

Dated: May 31, 2023
       New York, New York

                                                LEWIS J. LIMAN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2023