UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/31/2023
```

JOSE RAMOS,

                                   Plaintiff,

                             -v-

THE CITY OF NEW YORK, JOHN DOE #1, and JOHN DOE #2,

                                 Defendants.

------------------------------------------------------------------------ X

23-cv-1437 (LJL)

ORDER OF REFERENCE

LEWIS J. LIMAN, United States District Judge:

        Upon the consent of the parties, this action is referred to the assigned Magistrate Judge for the following purpose:

| | | |
|---|---|---|
| ____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | ____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ Specific Non-Dispositive Motion/Dispute: _____ | | ____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | | ____ Habeas Corpus |
| __X__ Settlement | | ____ Social Security |
| ____ Inquest After Default/Damages Hearing | | ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

The parties are directed to contact the chambers of Magistrate Judge James L. Cott.

SO ORDERED.

Dated: May 31, 2023
       New York, New York

                                       _____
                                           LEWIS J. LIMAN
                                       United States District Judge